**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:08-CV-670
DOC. 19  3/3/10

7002 3150 0000 8388 1857

Sent To: PAUL ANTHONY KRAFT 516-966
Street, Apt. No.; or PO Box No.: SOCF, P.O. BOX 45699
City, State, ZIP+4: LUCASVILLE, OH 45699

PS Form 3800, June 2002                See Reverse for Instructions